

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Karla Guadalupe CABRERA-Preciado,<br><br>Defendant. | Magistrate Case No.: '08 MJ 8360<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about April 28, 2008, within the Southern District of California, defendant Karla Guadalupe CABRERA-Preciado did knowingly and intentionally import approximately 38.90 kilograms (85.58 lbs) of cocaine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Lance Swanson
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th, DAY OF APRIL 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
2      v.
  Karla Guadalupe CABRERA-Preciado
3                      STATEMENT OF FACTS

4      This Statement of Facts is based on the reports, documents, and notes furnished to U. S.
5  Immigration and Customs Enforcement Special Agent Lance Swanson.

6      On April 28, 2008, at approximately 1450 hours, Karla Guadalupe CABRERA-Preciado
7  entered the United States at the Calexico, California, West Port of Entry. CABRERA was the
8  driver and registered owner of a 2005 Mitsubishi Endeavor. CABRERA was accompanied by
9  her three-year-old son.

10     During the primary inspection, Customs and Border Protection Officer (CBPO) R.
11 Mendibles received a negative Customs Declaration. CABRERA stated she was the owner of the
12 vehicle and had owned it for about a month. CBPO R. Mendibles asked CABRERA to open the
13 rear door to the vehicle and noticed CABRERA had difficulty trying to find the switch to open
14 the rear door. CBPO R. Mendibles noticed that CABRERA was being very friendly and overly
15 talkative. CBPO R. Mendibles then noticed a depth discrepancy in the floor board on the driver
16 side. CABRERA and the vehicle were escorted to secondary inspection by CBPO R. Mendibles.

17     In the vehicle secondary lot, CBPO R. Mendibles requested CBP K-9 Officer S. Barela to
18 screen the vehicle with his Narcotics Detection Dog (NDD). CBP K-9 Officer S. Barela received
19 an alert from his NDD on the under carriage of the vehicle on the passenger side.

20     Upon closer inspection, CBPO R. Mendibles discovered 33 packages concealed inside
21 the floor board of the vehicle. One of the packages was probed and a sample of a white powdery
22 substance was obtained, which field tested positive for cocaine. The 33 packages had a combined
23 net weight of approximately 38.90 kilograms (85.58 lbs).

24     CABRERA was placed under arrest and advised of her Constitutional Rights, which she
25 acknowledged and waived, agreeing to answer questions. CABRERA stated to Special Agent
26 Swanson she was offered a large amount of money to smuggle cocaine into the United States.
27 CABRERA's son was released to CABRERA's aunt Karla R. PEREZ-Preciado.