FILED

08 MAY -7 PM 4:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KARLA GUADALUPE<br>  CABRERA-PRECIADO,<br><br>  Defendant. | Criminal Case No. 08 CR 1459 LAB<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine;<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

Count 1

On or about April 28, 2008, within the Southern District of California, defendant KARLA GUADALUPE CABRERA-PRECIADO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 38.9 kilograms (85.58 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CEM:em:Imperial
5/1/08

<u>Count 2</u>

On or about April 28, 2008, within the Southern District of California, defendant KARLA GUADALUPE CABRERA-PRECIADO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 38.9 kilograms (85.58 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 7, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney